

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00343-CV

———————————————

2013 BLUE FORD MUSTANG (VIN # 1 ZVBP8 CF5 D5247703), Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 30th District Court
Wichita County, Texas
Trial Court No. 189,804-A

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Set Aside Trial Court's Judgment Without Regard to its Merits." We grant the motion, set aside the trial court's summary judgment without regard to the merits, and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *XTO Energy v. EOG Res., Inc.*, 554 S.W.3d 127, 141 (Tex. App.—San Antonio 2018, no pet.).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered: November 19, 2020